
United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Apr 16 04:51:45 EDT 2019

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___ OR  Jump  to record: ___  **Record 2 out of 2**

( Use the "Back" button of the Internet Browser to return to TESS)

# URPARTY

| | |
|---|---|
| **Word Mark** | URPARTY |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Trays for domestic purposes of paper; trays of paper, for household purposes; serving tray; serving tray liners; paper plates, paper bowls and paper cups; serving trays, in the nature of, paper food tubs. FIRST USE: 20170125. FIRST USE IN COMMERCE: 20170125 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87323057 |
| **Filing Date** | February 3, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 25, 2017 |
| **Registration Number** | 5305464 |
| **Registration Date** | October 10, 2017 |
| **Owner** | (REGISTRANT) Ravage Holding Inc CORPORATION CANADA Suite 701-1693 1120 Finch Avenue West Toronto CANADA |
| **Attorney of Record** | Ruth Khalsa |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY